United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3516EM

_____

Carol Joan Juenger; Jerome L. Juenger, &ast;
&ast;
     Appellants, &ast; Appeal from the United States
&ast; District Court for the Eastern
  v. &ast; District of Missouri.
&ast;
Edmund R. Hindert, &ast; [UNPUBLISHED]
&ast;
     Appellee. &ast;

_____

Submitted: March 13, 1998
Filed: March 18, 1998

_____

Before FAGG and ROSS, Circuit Judges, and EISELE,* District Judge.

_____

PER CURIAM.

Carol Joan Juenger appeals the district court's denial of Juenger's motion for a new trial based on the inadequacy of the jury's verdict. She also contends the district court improperly admitted adverse medical testimony in this diversity-based personal injury lawsuit. We review the district court's rulings under well-established standards, including de novo review of state law questions. Based on the record before us, we find no error that would require reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

---

*The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.